In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extension of Northern Boulevard in the Borough of Queens.

McCLENAHAN REALTY Co., INC., et al., Respondents.

(Submitted November 19, 1934; decided November 27, 1934.)

Motion to resettle order denying motion for leave to appeal denied on the ground that the decision of the court did not award separate bills of costs. (See 258 N. Y. 136; 265 N. Y. 602.)

JAMES H. CAAN, Appellant, *v.* JOSEPH STEIR et al., Respondents.

(Submitted November 19, 1934; decided November 27, 1934.)

*Harry H. Lipsig* for motion.
*Alex B. Greenberg* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not a final order.